Davis Wright Tremaine, LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 489-8230
Facsimile:  (212) 489-8340
Robert D. Balin
E-mail:  robbalin@dwt.com
Randy Gainer (*pro hac vice* motion pending)
E-mail:  randygainer@dwt.com

*Attorneys for South Jersey Health System, Inc.
and Inspira Health Network, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEW JERSEY

| | |
|---|---|
| BOBBI POLANCO,<br>on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>- v -<br><br>OMNICELL, INC.; SOUTH JERSEY HEALTH SYSTEM, INC.; INSPIRA HEALTH NETWORK, INC.; SENTARA HEALTHCARE, INC.; BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN; DOE'S 1-50; ABC Corporations 1-50; and XYZ Partnerships and Associations 1-50,<br><br>Defendants. | Civil Action No. 13-1417-NLH-KMW<br><br>**Document filed electronically**<br>**Return Date:  July 1, 2013**<br><br>**Oral Argument Requested**<br><br>**NOTICE OF MOTION TO DISMISS UNDER RULE 12(b) FOR LACK OF STANDING OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM** |

PLEASE TAKE NOTICE that on July 1, 2013, or on such other date set by this Court, Defendants Inspira Health Network, Inc. and South Jersey Health System, Inc. ("SJH"), now known as Inspira Health Network, Inc. ("Inspira"), will move before the Honorable Noel L. Hillman, United States District Judge, at the United States District Court, Mitchell H. Cohen Building & United States Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismissing all claims asserted against SJH and

Inspira in Plaintiff's First Amended Complaint with prejudice. Plaintiff has not pled facts that show an injury-in-fact and, therefore, has no standing under Article III of the United States Constitution to bring this suit. In the alternative, Plaintiff has failed to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that, in support of their Motion, SJH and Inspira will rely upon their accompanying Memorandum of Law in Support of Motion to Dismiss By Defendants South Jersey Health System and Inspira Health Network.

PLEASE TAKE FURTHER NOTICE that the Motion is being made returnable on July 1, 2013 and that oral argument is requested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order granting the requested relief is submitted herewith.

Dated: New York, New York
       May 31, 2013

        s/ Robert D. Balin
        Davis Wright Tremaine, LLP
        1633 Broadway
        New York, NY 10019
        Telephone: (212) 489-8230
        Facsimile: (212) 489-8340
        Robert D. Balin
        E-mail: robbalin@dwt.com
        Randy Gainer (*pro hac vice* motion pending)
        E-mail: randygainer@dwt.com
        Attorneys for South Jersey Health System,
        Inc. and Inspira Health Network, Inc.

To: Mark L. Rhoades
HAVILAND HUGHES
111 S. Independence Mall East, Suite 1000
Philadelphia, PA 19106
215-609-4661
Email: rhoades@havilandhughes.com
*Attorneys for Plaintiff*

Landon Y. Jones
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19102
215-665-3929
Email: landon.jones@bipc.com
*Attorneys for Defendant Omnicell, Inc.*

Theodore J. Kobus, III
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200
Email: tkobus@bakerlaw.com
*Attorneys for Defendant Sentara Healthcare, Inc.*

Stephen F. Payerle
McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4082
973-622-7711
Email: spayerle@mdmc-law.com
*Attorneys for Defendant Board of Regents of the University of Michigan*