**BUCHANAN INGERSOLL & ROONEY PC**
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
Tel: (412) 562-8800
Fax: (412) 562-1041
Matthew H. Meade
matthew.meade@bipc.com

Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Tel: (215) 665-8700
Fax: (215) 665-8760
Landon Y. Jones
landon.jones@bipc.com
*Attorneys for Defendant Omnicell, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOBBI POLANCO,<br>On behalf of herself and all others similarly situated,<br>　　　　Plaintiff,<br><br>v.<br><br>OMNICELL, INC.; SOUTH JERSEY HEALTHCARE, INC., SENTARA HEALTHCARE, INC.; BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN; DOES'S 1-50; ABC Corporations 1-50; and XYZ Partnerships and Associations 1-50.<br><br>　　　　Defendants. | CIVIL ACTION<br>No. 13-1417 (NLH/KMW)<br><br>Notice of Defendant Omnicell, Inc.'s Motion to Dismiss<br><br>***Filed Electronically***<br><br>Motion Date: July 1, 2013 |

To: Donald E. Haviland, Jr.
Mark L. Rhoades
Christina M. Philipp
HAVILAND HUGHES
112 Haddontowne Court,
Suite 202
Cherry Hill, NJ 08034
*Attorneys for Plaintff*

Counsel:

**PLEASE TAKE NOTICE** that on Monday, July 1, 2013, at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Omnicell, Inc., by its undersigned counsel Buchanan Ingersoll & Rooney PC, shall move before the Honorable Noel Hillman, United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & United States Courthouse, 4th & Cooper Streets, Camden, NJ 08101 for an Order dismissing Plaintiff's First Amended Class Action Complaint for the reasons set forth in the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant will rely upon the Memorandum filed contemporaneously herewith and any supplemental submissions made by Defendant hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this motion.

|  |  |
|---|---|
|  | **BUCHANAN INGERSOLL & ROONEY PC** |
|  | /s/ Landon Y. Jones |
| May 31, 2013 | Landon Y. Jones (LJ-0236) |
|  | Two Liberty Place |
|  | 50 South 16th Street, Suite 3200 |
|  | Philadelphia, PA 19102-2555 |
|  | Tel: (215) 665-8700 |
|  | Fax: (215) 665-8760 |
|  | landon.jones@bipc.com |
|  |  |
|  | Matthew H. Meade |
|  | One Oxford Centre |
|  | 301 Grant Street, 20th Floor |
|  | Pittsburgh, PA 15219-1410 |
|  | Tel: (412) 562-8800 |
|  | Fax: (412) 562-1041 |
|  | matthew.meade@bipc.com |
|  | ***Attorneys for Defendant Omnicell, Inc.*** |