UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOBBI POLANCO, on behalf of herself and all others similarly situated, et al., | Civ. No. 13-1417 (NLH/KMW) |
| Plaintiffs, | **ORDER** |
| v. | |
| OMNICELL, INC., et al., | |
| Defendants. | |

**HILLMAN, District Judge**

For the reasons set forth in the Court's Opinion entered on this date,

**IT IS HEREBY ORDERED** this  26th  of   December  , 2013, that Defendants' motions [Doc. Nos. 28, 29, 30, 31] seeking to dismiss Plaintiff's First Amended Class Action Complaint [Doc. No. 12] shall be, and hereby are, **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Class Action Complaint shall be, and hereby is, **DISMISSED WITHOUT PREJUDIUCE**, in its entirety; and it is further

**ORDERED** that the Clerk is directed to mark this matter as **CLOSED**.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.